```
                  UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF MASSACHUSETTS

                                           DOCKET NO.

WILLIAM E. BERRY,              )
     Plaintiff                 )
                               )
V.                             )
                               )
CITY OF BOSTON AND             )
POLICE OFFICERS JOHN DOE,      )
FRANK DOE AND THOMAS DOE,      )
     Defendants                )
```

COMPLAINT AND JURY CLAIM

    1.   This is an action by William E. Berry against the City of Boston and certain police officers for an assault and battery and the violation of Berry's civil rights which occurred on or about October 12, 2008.

    2.   Berry's claims arise under common law and 42 U.S.C. §1983.

Jurisdiction and Venue

    3.   Jurisdiction of this Court arises under 42 U.S.C. §1983 and supplemental jurisdiction exists for the state law claim pursuant to 42 U.S.C. §1367.

Parties

    4.   The plaintiff, William E. Berry, is a natural person who resides in Woburn, MA.

    5.   The City of Boston is a political subdivision and body politic.

    6.   The police officers, John Doe, Frank Doe and Thomas Doe, are presently unknown.

    7.   The police officers are employees of the City of Boston.

## Facts

8.   On or about October 12, 2008, the plaintiff was arrested by officers of the City of Boston Police Department.

9.   The plaintiff was to be transported from the place of arrest to a City jail.

10.  In order to transport the plaintiff, he was placed in a police transport vehicle.

11.  During the transport of the plaintiff, he was assaulted and battered by members of the City of Boston Police Department.

12.  As a result of the conduct of these officers, the plaintiff was injured.

## Causes of Action

### COUNT I
### Violation of Civil Rights

The plaintiff repeats and realleges and incorporates by reference paragraphs 1 through 12.

13.  The defendants violated the civil rights of the plaintiff guaranteed to him through the United States Constitution and with a cause of action given to the plaintiff under 42 U.S.C. §1983.

14.  As a result of said violation, the plaintiff was physically injured, mentally injured and his civil rights were violated.

### COUNT II
### Assault and Battery

The plaintiff repeats and realleges and incorporates by reference paragraphs 1 through 14.

15.  The defendant police officers, during the transport of the plaintiff, assaulted and battered the plaintiff.

16.  As a result of said conduct of the City of Boston police officers, the plaintiff was injured.

<u>Prayers for Relief</u>

  WHEREFORE, the plaintiff requests that this Court enter judgment in his favor and against the defendants, jointly and severally, awarding to the plaintiff:

  1. His actual damages for the violation of his civil rights and for the assault and battery;

  2. The plaintiff's interest, reasonable attorney's fees and the costs of this litigation; and,

  3. Such other relief as the Court deems just and proper.

  The plaintiff demands trial by jury.

         WILLIAM E. BERRY
         By his attorneys,


         /s/ Anthony F. Gargano_____
         Anthony F. Gargano
         BBO #185840
         149 Cambridge Street
         Cambridge, MA  02141
         (617) 876-6780
         FAX #617-868-6765
         Email: <u>anthonygargano@excite.com</u>


         /s/ Jonathan C. Young_____
         Jonathan C. Young
         BBO #537800
         817 Washington Street
         Braintree, MA  02184
         (781) 848-7929
         FAX #781-848-7976
         Email:  <u>jcyesq@beld.net</u>

Date:  October 11, 2011